UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

UNIVERSAL UNDERWRITERS )
INSURANCE COMPANY, )
　)
Plaintiff, )
　)
v. )
　) Case No. 7:17-cv-30
MICHAEL G. LALLIER, RLC, LLC, d/b/a )
REED LALLIER CHEVROLET, MGL, INC., )
GRJ, INC., GENE REED, JR., )
AND JOHN QUINN, )
　)
Defendants. )

## ORDER

THIS CAUSE COMING ON TO BE HEARD before the undersigned judge presiding, upon joint motion of the parties to stay all pre-trial deadlines, and to amend the Scheduling Order [Dkt. Entry 31] entered on November 7, 2018 ("Joint Motion"). AND IT APPEARING TO THE COURT that after reviewing the Joint Motion, the Joint Motion is well taken and should be granted;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that the Joint Motion to stay all pre-trial deadlines, and to amend the Scheduling Order [Dkt. Entry 31] is granted. Accordingly, the deadlines set in the Scheduling Order [Dkt. Entry 31] are stayed, and will begin to run from the day of the court-hosted settlement conference; and the deadline for the parties to complete the court-hosted settlement conference is extended through and including the date that Judge Gates sets.

SO ORDERED. This 11 day of September 2018.

JAMES C. DEVER III
Chief United States District Judge