UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. 7:17-cv-30 |
| MICHAEL G. LALLIER, RLC, LLC, d/b/a REED LALLIER CHEVROLET, MGL, INC., GRJ, INC., and GENE REED, JR., | ) ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF SETTLEMENT

Defendants RLC, LLC, d/b/a Reed Lallier Chevrolet, GRJ, Inc., and Gene Reed, Jr., MGL, Inc., and Michael G. Lallier (collectively the "Defendants"), with the consent of Plaintiff Universal Underwriters Insurance Company ("Plaintiff") (Plaintiff and Defendants are collectively the "Parties"), by and through undersigned counsel notify the Court of the following:

1. Plaintiff and Defendants have reached an agreement to resolve all claims in this matter;

2. The Parties are currently working on a confidential settlement agreement and will file a dismissal in this matter shortly;

3. Therefore, the Parties respectfully submit there is nothing for this Court to rule on at this time.

This the 29th day of March 2019.

>Respectfully submitted,
>
>/s/ L. D. Simmons
>L. D. Simmons
>N.C. Bar No. 12554
>T. Richmond McPherson, III
>N.C. Bar No. 41439
>MCGUIREWOODS LLP
>201 North Tryon Street, Suite 3000
>Charlotte, North Carolina 28202
>Telephone: (704) 343-2000
>Email: lsimmons@mcguirewoods.com
>
>*Attorneys for RLC, LLC, d/b/a RLC Chevrolet, GRJ, Inc., and Gene Reed, Jr.*
>
>James G. Middlebrooks
>Middlebrooks Law PLLC
>6715 Fairview Road Suite C
>Charlotte, NC 28210
>gil@middlebrooksesq.com
>
>*Attorney for MGL, Inc. and Michael G. Lallier*

2

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing NOTICE OF SETTLEMENT by ECF filing, and by depositing a copy, postage prepaid, in the United States mail, to the following:

    Kenneth B. Rotenstreich
    Camilla DeBoard
    Teague, Rotenstreich, Stranland, Fox & Holt, LLP
    101 S. Elm St., Suite 350
    PO Box 1898
    Greensboro, NC 27401
    kbr@trslaw.com
    mgh@trslaw.com

This the 29th day of March 2019.

                                              /s/ L. D. Simmons
                                              L. D. Simmons

3

Case 7:17-cv-00030-D   Document 81   Filed 03/29/19   Page 3 of 3