UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 7:17-cv-30 |
| MICHAEL G. LALLIER, RLC, LLC, d/b/a REED LALLIER CHEVROLET, MGL, INC., GRJ, INC., and GENE REED, JR., | ) ) ) ) |
| Defendants. | ) ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Universal Underwriters Insurance Company, along with Defendants Michael G. Lallier, RLC, LLC d/b/a Reed Lallier Chevrolet, MGL, Inc., GRJ, Inc., and Gene Reed Jr., pursuant to Rule 4 l(a) of the North Carolina Rules of Civil Procedure, give notice of and jointly stipulate to the dismissal with prejudice of all claims and counterclaims in this action. Each party will bear its own costs and fees.

This the 16th day of August, 2019.

                                                  Respectfully submitted,

                                                  /s/ T. Richmond McPherson, III
                                                  T. Richmond McPherson, III
                                                  N.C. Bar No. 41439
                                                  MCGUIREWOODS LLP
                                                  201 North Tryon Street, Suite 3000
                                                  Charlotte, North Carolina 28202
                                                  Telephone: (704) 343-2000
                                                  Email: rmcpherson@mcguirewoods.com

*Attorneys for RLC, LLC, d/b/a RLC Chevrolet, GRJ, Inc., and Gene Reed, Jr.*

/s/ James G. Middlebrooks

James G. Middlebrooks
Middlebrooks Law PLLC
6715 Fairview Road Suite C
Charlotte, NC 28210
gil@middlebrooksesq.com
N.C. State Bar No.: 13796
*Attorney for MGL, Inc. and Michael G. Lallier*

/s/Camilla F. DeBoard

Camilla DeBoard
Kenneth B. Rotenstreich
Teague, Rotenstreich,
Stranland, Fox & Holt, LLP
101 S. Elm St., Suite 350
PO Box 1898
Greensboro, NC 27401
kbr@trslaw.com
cfd@trslaw.com
NC State Bar No.: 41265
*Attorneys for Universal Underwriters Insurance Company*

CERTIFICATE OF SERVICE

I hereby certify that I served a copy, via ECF filing, of the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE on all parties of record:

This the 16th day of August 2019.

/s/Camilla F. DeBoard

Camilla DeBoard
Kenneth B. Rotenstreich
Teague, Rotenstreich,
Stranland, Fox & Holt, LLP
101 S. Elm St., Suite 350
PO Box 1898
Greensboro, NC 27401
kbr@trslaw.com
cfd@trslaw.com
NC State Bar No.: 41265
*Attorneys for Universal Underwriters Insurance Company*